FILED
CLERK, U.S. DISTRICT COURT
AUG 28 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2018 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 18CR00551-AB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |
| DAYTRION BRANCH, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about July 10, 2018, in Los Angeles County, within the Central District of California, defendant DAYTRION BRANCH ("BRANCH") knowingly possessed a firearm, namely, a Llama Model Max-II 45 C/F .45 caliber pistol, bearing serial number 07-04-19312-96, and ammunition, namely, approximately nine rounds of Winchester .45 Automatic caliber ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant BRANCH had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Possession of a Firearm by a Felon or Addict, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, in case number TA127267, on or about January 21, 2014;

2. Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, in case number TA127271, on or about January 21, 2014;

3. Willful Infliction of Corporal Injury, in violation of California Penal Code Section 273.5, in the Superior Court for the State of California, County of Los Angeles, in case number TA122411, on or about July 31, 2012;

4. Unlawful Carrying of a Loaded Firearm, in violation of California Penal Code Section 12031(a)(1), in the Superior Court for

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

the State of California, County of Los Angeles, in case number TA093772, on or about May 1, 2008.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

ADAM P. SCHLEIFER
Assistant United States Attorney
General Crimes Section